UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENSAMBLES HYSON, S.A. DE C.V.; RAIN BIRD CORPORATION; and RAIN BIRD INTERNATIONAL, INC., <br><br> Petitioners, <br><br> v. <br><br> FRANCISCO JAVIER SANCHEZ, <br><br> Respondent. | Case No.: 23-CV-1887 JLS (KSC) <br><br> **ORDER VACATING HEARING ON PETITIONERS' RENEWED MOTION FOR PRELIMINARY INJUNCTION** <br><br> (ECF No. 16) |

Presently before the Court is the Renewed Motion for a Preliminary Injunction ("Mot.," ECF No. 16) filed by Petitioners Ensambles Hyson, S.A. de C.V.; Rain Bird Corporation; and Rain Bird International, Inc. (collectively, the "Petitioners"). On its own motion, the Court **VACATES** the hearing currently set for 1:30 p.m. on May 30, 2024, and takes this matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1). *See Stanley v. Univ. of S. Cal.*, 13 F.3d 1313, 1326 (9th Cir. 1994) (noting that in the Ninth Circuit "the refusal to hear oral testimony at a preliminary injunction hearing

/ / /

/ / /

/ / /

/ / /

1  is not an abuse of discretion if the parties have a full opportunity to submit written
2  testimony and to argue the matter").

**IT IS SO ORDERED.**

Dated: May 23, 2024

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge